IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ONDRASEK,<br><br>            Petitioner,<br><br>vs.<br><br>RALF DIAZ,<br><br>            Respondent.<br>_____/ | 1:12-cv-01608-DLB (HC)<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS ON APPEAL AND DIRECTING CLERK TO SERVE THE COURT OF APPEALS |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 15, 2012, judgment was entered dismissing the petition for writ of habeas corpus. On December 7, 2012, Petitioner filed a notice of appeal and a motion for certificate of appealability. Pursuant to 28 U.S.C. § 1915, Petitioner is granted in forma pauperis status on appeal. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:   **December 17, 2012**                    **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE